NOT FOR PUBLICATION (Doc. No. 7)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

_____

NAUTILUS INSURANCE CO.,

    Plaintiff,

v.

TRIPLE C CONSTRUCTION, INC.,

    Defendant.

_____

Civil No. 10-2164 (RBK/JS)

**ORDER**

**THIS MATTER** having come before the Court upon the motion of Plaintiff Nautilus Insurance Company for entry of default judgment against Defendant Triple C Construction, Inc. pursuant to Federal Rule of Civil Procedure 55(b); and the Court having considered Plaintiff's submissions;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, Plaintiff's motion for default judgment is **GRANTED**; and

**IT IS HEREBY FURTHER ORDERED** that Plaintiff is not obligated under Nautilus Insurance Company Policy No. NC692756 to indemnify or defend Triple C Construction, Inc. regarding Vander Teixeira's claims as asserted in his First Amended Complaint, Jury Demand, Designation of Trial Counsel, and Demand for Answers to Interrogatories, dated February 3, 2010, in <u>Teixeira v. 3 Brothers Construction, et al.</u>, Docket No. CAM-L-4057-09 (N.J. Sup. Ct. L. Div.); and

**IT IS HEREBY FURTHER ORERED** that the Clerk of the Court close the file.

2

Dated: 1/6/11                                                          /s/ Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                             United States District Judge